THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CAROL COOPER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES, LLC, a Washington Limited Liability Company,<br><br>Defendants. | Case No.: 2:21-cv-00915-JCC<br><br>**STIPULATED MOTION TO TRANSFER VENUE AND [~~PROPOSED~~] ORDER**<br><br><u>**NOTE ON MOTION CALENDAR:**</u><br>August 12, 2021 |

**STIPULATION**

Plaintiff Carol Cooper and Defendants Amazon.com, Inc. and Amazon.com Services, LLC ("Amazon") jointly stipulate and move the Court as follows:

WHEREAS, Plaintiff originally filed this action in the United Stated District Court for the Western District of Washington;

WHEREAS, pursuant to Defendants' request, discussions between the parties, and 28 U.S.C. § 1404(a), all parties consent to transfer venue to the United States District Court for the Northern District of Illinois ("N.D. Ill.");

WHEREAS, the convenience of the parties and witnesses are likely to be advanced by transfer because travel to the N.D. Ill. will be more convenient for Plaintiff and relevant evidence and witnesses are likely to be located within Illinois and/or the N.D. Ill.;

WHEREAS, the interests of justice and judicial economy are likely to be advanced by transfer to the N.D. Ill. because an action pending in that district concerns substantially the same parties, property, transaction, or event as alleged in this action, namely that this action and the action in the N.D. Ill. set forth claims under the Illinois Biometric Information Privacy Act arising from the use of Amazon's Alexa-enabled devices and the recording of users' voices during the operation of Alexa allegedly without their consent;

NOW, THEREFORE, in consideration of the foregoing, Plaintiff and Amazon agree and hereby stipulate to:

Transfer this action to the United States District Court for the Northern District of Illinois.

Dated: July 30, 2021

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

Laurence F. Pulgram (admitted *pro hac vice*)
Jedediah Wakefield (admitted *pro hac vice*)

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415. 281.1350
Email: lpulgram@fenwick.com
jwakefield@fenwick.com

*Attorneys for Defendants*
AMAZON.COM, INC. and
AMAZON.COM SERVICES, LLC

Dated: July 30, 2021

TOUSLEY BRAIN STEPHENS PLLC

By: */s/ Jason T. Dennett*
Jason T. Dennett, WSBA No. 30686
Cecily C. Shiel, WSBA No. 50061

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101-4416
Telephone: (206) 682-5600
jdennett@tousley.com
cshiel@tousley.com

Thomas P. Rosenfeld (admitted *pro hac vice*)
Kevin P. Green (admitted *pro hac vice*)
Zachary T. Shelton (*pro hac vice* forthcoming)

GOLDENBERG HELLER & ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
(618) 656-5150
tom@ghalaw.com
kevin@ghalaw.com
zachary@ghalaw.com

James P. Frickleton (admitted *pro hac vice*)
Edward D. Robertson, Jr. (*pro hac vice* forthcoming)
Edward D. Robertson III (admitted *pro hac vice*)

BARTIMUS FRICKLETON ROBERTSON RADER, P.C.
4000 W. 114th St., Suite 310
Leawood, KS 66211
(913) 266-2300/ Fax (913) 266-2366
jimf@bflawfirm.com
chiprob@bflawfirm.com
krobertson@bflawfirm.com

*Attorneys for Plaintiff*

STIP. MOTION TO TRANSFER VENUE
AND [~~PROPOSED~~] ORDER
CASE NO.: 2:21-CV-00915-JCC

- 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

**[PROPOSED] ORDER**

Having considered the Parties' Stipulated Motion to Transfer Venue, the Court finds that venue is appropriate in the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a) and that transfer to that District will advance the convenience of the parties and witnesses, the interests of justice, and judicial economy because an additional action pending within the District is likely to concern substantially the same parties, property, transaction, or event as alleged in this action.

It is HEREBY ORDERED that:

1. The Stipulated Motion to Transfer Venue is GRANTED.
2. The Clerk of Court is directed to transfer this case to the United States District Court for the Northern District of Illinois under 28 U.S.C. § 1404(a).
3. All dates on this Court's calendar for this action shall be withdrawn in light of the transfer.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED this 13th day of August 2021.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

*Attorney for Defendants*

STIP. MOTION TO TRANSFER VENUE
AND [PROPOSED] ORDER
CASE NO.: 2:21-CV-00915-JCC

- 4 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

AMAZON.COM, INC. and
AMAZON.COM SERVICES, LLC

STIP. MOTION TO TRANSFER VENUE
AND [PROPOSED] ORDER
CASE NO.: 2:21-CV-00915-JCC

- 5 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 30, 2021 I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

/s/ Brian D. Buckley
Brian D. Buckley, WSBA No. 26423
FENWICK & WEST LLP

STIP. MOTION TO TRANSFER VENUE
AND [PROPOSED] ORDER
CASE NO.: 2:21-CV-00915-JCC

- 6 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101